## SUPREME COURT

Ten Broeck agt. The Hudson River Rail Road Company.

Upon an appeal from the decision of a single judge to the general term, *no security* whatever is required.   But if the party appealing desires a *stay of proceedings*, he must obtain an order for that purpose, or give the security prescribed by the 348th section of the Code (see Dorlon agt. Lewis, *ante page* 132).

*Albany General Term, September* 1852—Parker, Wright and Harris, *Justices.   Security for costs of appeal.*   Upon the trial of the action at the circuit the plaintiff was non-suited.   Judgment for the costs of the action was perfected on the 14th of May 1852.   On the 18th of the same month the plaintiff served a notice of appeal, in due form, pursuant to the 327th section of the Code.   No undertaking, or other security for costs upon the appeal, was executed.   The defendants moved to dismiss the appeal for the want of such security.

R. W. Peckham, *for Plaintiff.*

J. H. Reynolds, *for Defendants.*

By the Court, Harris, Justice.—The mode of making an appeal is prescribed by the 327th section of the Code.   This section is found in that part of the Code which relates to " appeals in general," and is applicable to all appeals, in all courts.   The 334th section relates *exclusively* to appeals to the Court of Appeals.   It is found in the second chapter of the title relating to

that class of appeals. The first section in that chapter specifies the cases in which an appeal may be taken. The next section, which is the 334th, declares that before the appeal shall be effectual for any purpose, security for costs shall be given in the manner prescribed. The provisions of this section, as well as the succeeding sections in the same chapter, relate exclusively to the subject of the chapter, which is, " appeals to the Court of Appeals." They have no application to appeals brought under the three succeeding chapters of the title relating to other appeals. Each of these chapters contains its own provisions in relation to proceedings upon the appeals it authorizes to be brought.

When the appeal is from the decision of a single judge to the general term, no security whatever is required, but if the party appealing would have a stay of proceedings, he must obtain an order for that purpose, or give the security prescribed by the 348th section. The proceedings upon the appeal are, therefore, regular, and the motion must be denied; but as the question is new, it should be without costs.